IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANNA MAREE PERRIGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:21-cv-00424 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | Magistrate Judge Newbern |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On July 5, 2022, the Magistrate Judge issued a Report and Recommendation (Doc No. 35), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. No. 32) is GRANTED. The defendant shall pay to the plaintiff, an award of attorney's fees in the amount of $4,822.94, subject to offset to satisfy any pre-existing debt that the plaintiff owes to the United States.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge